**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**

| | |
|---|---|
| **Lisa Azzou**, as guardian and natural parent on behalf of her minor daughter **S.A.**<br><br>Plaintiff,<br>v.<br><br>**The Woods Construction Company**,<br><br>Defendants. | **Case No. 3:25-cv-00322**<br><br>**Judge Walter H. Rice**<br><br>**Magistrate Judge Caroline H. Gentry** |

**(~~Proposed~~) ENTRY AND ORDER**

AND NOW, this 17th day of august, 2026 upon consideration of the parties Joint Motion to Approve Minor Compromise, and the Court concluding that the settlement represents a reasonable resolution of the parties' dispute and advances minor-plaintiff's best interests;

The Joint Motion to Approve Minor Compromise is **GRANTED**.

The agreement submitted to the Court for review and consideration is **APPROVED**.

The parties are instructed to submit a stipulated dismissal with prejudice within 10 days of the date of this order.

Walter H. Rice
Judge Walter H. Rice
United States District Court Judge